IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Case No. 3:26-cv-00304-JZ

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

BALLVILLE E-Z SHOP, INC. and
BIEHLER-POE ENTERPRISES, LLC,

    Defendants.

## MOTION FOR CLERK'S DEFAULT AS TO DEFENDANT BALLVILLE E-Z SHOP, INC.

Plaintiff Rockefeller Photos, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Ballville E-Z Shop, Inc. ("Ballville"), and in support thereof states as follows:

1.    On February 6, 2026, Plaintiff filed its Complaint in this action.

2.    On February 16, 2026, Ballville was served with a copy of the Summons and Complaint in this action.

3.    Ballville's response/answer to the Complaint was due on March 9, 2026.

4.    As the docket in this action reveals, Ballville has failed to file any Answer or otherwise respond to the Complaint as required by the Court.

5.    Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter a default against Ballville and for such other and further relief as the Court deems proper under the circumstances.

Dated: April 8, 2026.                         Respectfully submitted,

/s/ *Casey D. Mayell*
Casey D. Mayell (0102178)
Gregory P. Barwell (0070545)
WESP BARWELL & BERARDINO, LLC
475 Metro Place S.
Suite 350
Dublin, OH 43017
614-456-0488 (Phone & Fax)
cmayell@wesplaw.com
gbarwell@wesplaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ *Casey D. Mayell*
Casey D. Mayell, Esq.

2